IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JANICE B. JONES,**      : | |
|     **Plaintiff,**      : | |
| : | |
| v.      : | **CIVIL ACTION 14-00469-KD-B** |
| : | |
| **CAROLYN W. COLVIN, Commissioner of**  : | |
| **Social Security,**      : | |
|     **Defendant.**      : | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 1, 2015, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Defendant's unopposed Motion to Remand (Doc. 10) is **GRANTED**, and that the decision of the Commissioner of Social Security denying Plaintiff benefits is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g), Melkonyan v. Sullivan, 501 U.S. 89 (1991), for further administrative proceedings.

The remand pursuant to sentence four of Section 405(g) makes Plaintiff a prevailing party for purposes of the *Equal Access to Justice Act*, 28 U.S.C. § 2412, Shalala v. Schaefer, 509 U.S. 292 (1993), and terminates this Court's jurisdiction over this matter.

**DONE** and **ORDERED** this the **17th** day of **April 2015.**

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**