IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JANICE B. JONES,   :   Plaintiff,   :   : | |
| v.   : | CIVIL ACTION 14-00469-KD-B |
| : | |
| CAROLYN W. COLVIN, Commissioner   : of Social Security,   :   Defendant.   : | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 8, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's Application for Attorney's Fees under the Equal Access to Justice Act (Doc. 14) is **GRANTED** and Plaintiff's attorney is **AWARDED** an EAJA fee in the amount of **$3,107.37**, payable to Plaintiff, plus court costs of **$400.00.**

**DONE** and **ORDERED** this the **27**th day of **July 2015.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**